RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Steven Reed

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN REED,<br><br>Defendant. | Case No. 2:18-cr-00165-KJD-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Steven Reed, that the Revocation Hearing currently scheduled on November 30, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs more time to review case with client.
2. Defense counsel is second chairing trial beginning December 19, 2022.
3. The defendant is in custody and agrees with the need for the continuance.
4. The parties agree to the continuance.

1  This is the first request for a continuance of the revocation hearing.

2  DATED this 15th day of November, 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Joshua Brister<br>JOSHUA BRISTER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN REED,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00165-KJD-NJK<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, November 30, 2022 at 10:00 a.m., be vacated and continued to <u>January 18, 2023</u> at the hour of <u>9:30</u> a.m.; or to a time and date convenient to the court in courtroom 4A.

　　DATED this <u>16th</u> day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE

3